# Third District Court of Appeal

## State of Florida

Opinion filed December 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1185
Lower Tribunal No. 12-12544 SP

_____

**Affiliated Healthcare Centers, Inc.,
a/a/o Julio Paez,**
Appellant,

vs.

**Allstate Fire and Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Melendez, Judge.

George A. David, P.A., and George A. David, for appellant.

Shutts & Bowen LLP, and Daniel E. Nordby (Tallahassee), and Alyssa L. Cory and Elise M. Engle (Tampa), for appellee.

Before LINDSEY, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.